FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-21-00562-CR

Yuri **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1596
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant has filed the appellant's brief and a motion for extension of time to file the appellant's brief. The motion for extension of time to file the appellant's brief is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court